IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STEVEN BARTLETT,

    Petitioner,

v.                                         CIV 06-0564 JH/KBM

JAMES JANECKA, Warden, et al.,

    Respondents.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

    The Magistrate Judge filed her detailed Proposed Findings and Recommended Disposition on March 4, 2008, and subsequently gave Petitioner a generous extension in which to respond. *See Docs. 26-28.* Having reviewed Petitioner's objections *de novo,* I find them without merit. *See Doc. 32* at 1-15; *Doc. 32-2* at 1-20. I also deny his requests for counsel and an evidentiary hearing. *See Doc. 32-2* at 21-22.

    Wherefore,

    **IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Magistrate Judge's Proposed Findings and Recommended Disposition *(Doc. 26)* is **adopted**;

2. Respondents' motion to dismiss *(Doc. 13)* is **granted**;

3. Bartlett's § 2254 petition is **dismissed with prejudice**; and

4. A final order enter concurrently herewith.

                                                       _____
                                                       UNITED STATES DISTRICT JUDGE